United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Lafayette Business Partners, LLC, | NO. C 04-00307 JW |
| Plaintiff(s), | **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Clifford E. Hinson, et al., | |
| Defendant(s). | |

On July 25, 2005, the parties appeared for a Case Management Conference. Ginger L. Sotelo of Pahl & Gosselin appeared on behalf of Plaintiff Lafayette Business Partners, LLC. Keith Casto of Sedgwick, Detert, Moran & Arnold appeared on behalf of Defendants Clifford E. Hinson and Stanley J. Nelson. Based upon the comments of counsel at the conference, the Court referred the parties to Magistrate Judge Lloyd for settlement. The parties shall schedule a mediation session with Judge Lloyd within sixty days of the issuance of this order. A further Case Management Conference will be held on October 17, 2005 at 10:00 a.m. should the parties fail to resolve the matter before then.

Dated: July 26, 2005

/s/ James Ware
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Cheri MacArthur cmacarthur@pahl-gosselin.com
Diane Terese Gorczyca diane.gorczyca@sdma.com
Gary A. Sloboda gary.sloboda@sdma.com
Keith M. Casto keith.casto@sdma.com

Dated: July 26, 2005                                    Richard W. Wieking, Clerk

                                                                                          By: **/jwchambers/**
                                                                                              **Ronald L. Davis**
                                                                                              **Courtroom Deputy**

**United States District Court**
For the Northern District of California