**United States District Court**
For the Northern District of California

1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LAFAYETTE BUSINESS PARTNERS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>CLIFFORD E. HINSON, et al.,<br><br>    Defendants.<br>_____/ | NO. C 04-00307 JW<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

In light of the settlement conference on November 3, 2005, and the parties' stipulation (Docket No. 54), the case management conference currently scheduled for October 17, 2005 is continued to November 21, 2005. Pursuant to the Local Rules, the parties shall submit an updated joint case management statement by November 11, 2005.

Dated: October 11, 2005                         /s/ James Ware
04eciv0307ctdcmc                                JAMES WARE
                                                United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Cheri MacArthur cmacarthur@pahl-gosselin.com
Diane Terese Gorczyca diane.gorczyca@sdma.com
Gary A. Sloboda gary.sloboda@sdma.com
Keith M. Casto keith.casto@sdma.com

**Dated: October 11, 2005**                                    **Richard W. Wieking, Clerk**

                                                                **By:_/s/ JW Chambers_____
                                                                      Ronald L. Davis
                                                                      Courtroom Deputy**

**United States District Court**
For the Northern District of California