**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7         IN THE UNITED STATES DISTRICT COURT
8         FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                     SAN JOSE DIVISION

10  Lafayette Business Partners, LLC,           NO. C 04-00307 JW

11           Plaintiff(s),                      **ORDER TO SHOW CAUSE**
         v.                                     **RE: SETTLEMENT**
12
    Clifford E. Hinson, et al.,
13
             Defendant(s).
14  _____/

15       On November 9, 2005, Plaintiff informed the Court that the above-entitled matter has reached a

16  settlement. In light of the settlement, the Court vacates all trial and pretrial dates. On or before December

17  12, 2005, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

18       If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8, 4th

19  Floor, United States District Court, 280 South First Street, San Jose, Ca. on **December 19, 2005 at 9:00**

20  **a.m.** and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b).

21  On or before December 12, 2005, the parties shall file a joint statement in response to the Order to Show

22  Cause. The joint statement shall set forth the status of the activities of the parties for finalizing the settlement

23  and how much additional time is requested to finalize and file the dismissal. If a voluntary dismissal is filed

24  as ordered, the Order to Show Cause hearing will be automatically vacated.

25  ////

26  ////

27

28       Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this

action.

Dated: November 12, 2005      /S/ James Ware
                              JAMES WARE
                              United States District Judge

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Cheri MacArthur cmacarthur@pahl-gosselin.com
Diane Terese Gorczyca diane.gorczyca@sdma.com
3  Gary A. Sloboda gary.sloboda@sdma.com
Keith M. Casto keith.casto@sdma.com

5  Cheri MacArthur
Pahl & Gosselin
6  160 West Santa Clara Street, 14th Floor
San Jose, CA 95113

8  Diane Terese Gorczyca
SEDGWICK, DETERT, MORAN & ARNOLD LLP
One Embarcadero Center, 16th Floor
9  San Francisco, CA 94111-3628

10 Gary A. Sloboda
Sedgwick, Detert, Moran & Arnold
11 One Embarcadero Center, 16th Floor
San Francsico, CA 94111

12 Keith M. Casto
13 Sedgwick Detert Moran & Arnold
One Embarcadero Center, 16th Floor
14 San Francisco, CA 94111-3628

16 **Dated: 11/21/05**                                         **Richard W. Wieking, Clerk**

                                                               **By:_JW chambers_____**
18                                                                 **Ronald L. Davis**
                                                                   **Courtroom Deputy**

**United States District Court**
For the Northern District of California